UNITED STATES DISTRICT COURT OF MARYLAND
BALTIMORE DIVISION

SUNTRUST INVESTMENT SERVICES, INC.,

    Plaintiff,

v.

                                           Case No.: 1:18-cv-1115

EDDY BLIZZARD,

    Defendant.
_____/

## MOTION TO CONFIRM ARBITRATION AWARD

Plaintiff, SunTrust Investment Services, Inc. ("STIS"), by and through its undersigned counsel, respectfully moves for confirmation of the arbitration award. In support of its Motion, STIS states as follows:

1. STIS and Defendant had a dispute regarding repayment of a promissory note in connection with Defendant's former employment with STIS.

2. As a condition of his employment with STIS, Defendant executed a Form U-4 application to the Financial Industry Regulatory Authority ("FINRA") for registration as a general securities representative. In the U-4, Defendant agreed, among other things, to arbitrate any dispute or claim arising between him and STIS that is required to be arbitrated under the rules, constitutions or by-laws of FINRA. In accordance with such rules, the claims asserted by STIS against Defendant were subject to arbitration in FINRA. See FINRA Rule 13200 attached hereto as **Exhibit 1**. Defendant further agreed in his U-4 that any arbitration award rendered against him could be entered as a judgment in any court of competent jurisdiction. A copy of Defendant's U-4 is attached hereto as **Exhibit 2**.

3.  On October 10, 2017, STIS filed a Statement of Claim against Defendant with FINRA relating to repayment of the promissory note.

4.  Defendant did not file an Answer in response to STIS's Statement of Claim.

5.  On March 14, 2018, the FINRA Arbitrator issued a Final Award awarding STIS $118,070.82 in compensatory damages plus interest at the rate of 6% per annum from the date of the award until the award is paid in full.  A copy of the Award is attached hereto as **Exhibit 3**.

6.  This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1).

7.  STIS is a foreign corporation licensed and authorized to conduct business in the State of Florida.  STIS is incorporated in the State of Georgia and its principal place of business is located in Atlanta, Georgia.

8.  Defendant is a citizen of the State of Maryland.

9.  The amount in controversy exceeds $75,000.00.

10. Venue is proper because the Award was made within this District.  See 9 U.S.C. § 9;  28 U.S.C. § 1391(b); Cortez Byrd Chips, Inc. v. Bill Harbert Const. Co., 529 U.S. 193, 195, (2000) (holding that the Federal Arbitration Act's venue provision must be read permissively to allow a motion to confirm an arbitration award either where the award was made or in any district proper under the general venue statute).

11. Plaintiff's memorandum in support of this motion is attached as **Exhibit 4**.

WHEREFORE, STIS respectfully requests that the Court confirm the Award in favor of STIS in the amount of $118,070.82, plus daily interest, to the extent applicable, in the amount of $19.41 per day beginning from March 14, 2018, until the Award is paid in full.

Dated this 17th day of April, 2018.

    */s/ Kevin J. Dalton*
Kevin J. Dalton (MD Fed Bar No. 28423)
Fisher & Phillips LLP
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone:  (704) 334-4565
Facsimile:  (704) 334-9774
kdalton@fisherphillips.com
 Attorney for SunTrust
*Counsel for Plaintiff*