# Exhibit 1



Print

**13200. Required Arbitration**

**(a) Generally**

Except as otherwise provided in the Code, a dispute must be arbitrated under the Code if the dispute arises out of the business activities of a member or an associated person and is between or among:

- Members;
- Members and Associated Persons; or
- Associated Persons.

**(b) Insurance Activities**

Disputes arising out of the insurance business activities of a member that is also an insurance company are not required to be arbitrated under the Code.

---

Amended by SR-FINRA-2008-021 eff. Dec. 15, 2008.
Adopted by SR-NASD-2004-011 eff. April 16, 2007.

**Selected Notice:** 07-07, 08-57.

---

© FINRA. All rights reserved.

**EXHIBIT 1**

http://finra.complinet.com/en/display/display_main.html?rbid=2403&element_id=4203&p...    3/27/2018